IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

LINDA ROSE ADAMS,

    Plaintiff,

vs.                                                          CASE NO: 20-CIV-80247-RAR

CLEVELAND CLINIC FLORIDA,

    Defendant.

_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, LINDA ROSE ADAMS, and Defendant, CLEVELAND CLINIC FLORIDA, by and through the undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), in accordance with the parties' written Settlement Agreement attached hereto as Exhibit "A", stipulate to the dismissal with prejudice of this action against the named Defendant.

Pursuant to *Anago Franchising, Inc. v. Shaz, LLC,* 677 F. 3d 1272 (11th Cir. 2012), the parties request that the Court retain jurisdiction to enforce the terms of the Settlement Agreement, and further stipulate that dismissal is contingent upon the Court so exercising its authority to retain jurisdiction.

Respectfully submitted this 7th day of December, 2020.

| By: *s/ Matthew W. Dietz*<br>Matthew W. Dietz, Esq.<br>FBN. 084905<br>Disability Independence Group, Inc.<br>2990 SW 35th Avenue<br>Miami, FL 33133<br>P: 305-669-2822 / F: 305-442-4181<br>mdietz@justdigit.org<br>aa@justdigit.org<br><br>*Attorney for Plaintiffs* | By: */s/ Ronald M. Rosengarten*<br>RONALD M. ROSENGARTEN<br>Florida Bar No. 387540<br>**GREENBERG TRAURIG, P.A.**<br>333 S.E. 2nd Avenue, Suite 4400<br>Miami, Florida 33131<br>T: (305) 579-0519/ F: (305) 579-0717<br>rosengartenr@gtlaw.com<br>galbor@gtlaw.com<br><br>*Attorney for Defendants* |
|---|---|

*Adams v. Cleveland Clininc*
Case No.: 20-CIV-80247-RAR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 7, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties and counsel of record, or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

By: */s/ Matthew W. Dietz*
Matthew W. Dietz
Fla. Bar. No.: 0084905
DISABILITY INDEPENDENCE GROUP
2990 Southwest 35th Avenue
Miami, Florida 33133
Telephone: 305-669-2822
Facsimile: 30-442-4181
Email: mdietz@justdigit.org
aa@justdigit.org