UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-80247-RAR

**LINDA ROSE ADAMS**,

    Plaintiff,

v.

**CLEVELAND CLINIC FLORIDA**,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 60]. The Court having reviewed the Joint Stipulation, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*. The Court will retain jurisdiction to enforce the parties' settlement agreement [ECF No. 60-1]. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 7th day of December, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record