UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-80247-RAR

**LINDA ROSE ADAMS**,

    Plaintiff,

v.

**CLEVELAND CLINIC FLORIDA**,

    Defendant.

_____/

ORDER CONFIRMING AMOUNT ACCRUED IN FINES AND
MANNER IN WHICH FINES WILL BE DISBURSED

**THIS CAUSE** came before the Court on March 4, 2022, following the Court's Order Purging the Defendant's Contempt [ECF No. 114], in order to confirm the amount accrued by Defendant in fines and the manner in which the fines will be disbursed. The Court having reviewed Plaintiff's Notice Regarding Disposition of Fine [ECF No. 118], having heard argument of counsel, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The parties agree that the total amount of fines accrued is Sixteen Thousand ($16,000.00) Dollars ("Accrued Funds").

2. Pursuant to Plaintiff's suggestion [ECF No. 118], the Accrued Funds shall be paid to the Center for Independent Living of Broward, Inc. (CILB), a 501(c)(3) non-profit organization located in Lauderdale Lakes, Florida. The Court understands the mission of CILB is to assist people with disabilities in fulfilling their goals of independence and self-sufficiency, including individuals who are deaf or hard of hearing. The Accrued Funds will be earmarked for CILB to reimburse sign language interpreters who interpret for a deaf job applicant for a first interview and

who interpret for an event in which there is no legal obligation to provide an interpreter. Examples of such events are family and community events in which deaf persons cannot fully participate because of the lack of a sign language interpreter, such as weddings, funerals, and other gatherings with deaf and hearing persons. For purposes of this Order, the above shall be referred to as a "Qualifying Interpreting Assignment."

3. Upon receipt of the Accrued Funds, which shall be paid within fifteen (15) days from the date of this Order, CILB will utilize the Accrued Funds, less a one-time administrative fee of One Thousand ($1,000) Dollars, solely to reimburse sign language interpreters when and if they perform a Qualifying Interpreting Assignment, pursuant to the following criteria:

   a. The Qualifying Interpreting Assignment must occur in Miami-Dade, Broward, or Palm Beach County.

   b. The interpreter must be nationally certified and be in good standing with RID (or BEI or EIPA Certified interpreter with a score of at least 4.0 or higher).

   c. The interpreter shall complete a form that describes the name and address of the interpreter, the event's location and duration, how the event qualifies as a Qualifying Interpreting Assignment, and the signature of the deaf customer.

   d. The interpreter will be paid $55 per hour, which the Court understands to be the industry standard without an agency or referral service and which amount follows RID ethical and practice guidelines.

   e. At the end of every quarter, CILB will provide an accounting of the funds to the parties' attorneys, Matthew Dietz and Michael Kreitzer. Attorney Dietz shall file the accounting with the Court for the Court's review and confirmation of compliance with this Order.

    f.  The Accrued Funds will pay in excess of 270 sign language interpreter hours and the CILB will administer the program as long as Accrued Funds are available for such purpose.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 14th day of March, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**